**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMERRIA BOLES,

        Plaintiff,

v.

GREENLEAF WELLNESS, INC.,

        Defendants.

Case No.: 3:25-cv-00700-ART-CLB

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Jamerria Boles and Defendant Greenleaf Wellness, Inc. that the above-entitled matter be dismissed with prejudice,

//

//

//

//

//

//

//

//

//

//

//

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
RENO

with each party to bear its or her own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated this 20th day of April, 2026.

Dated this 20th day of April, 2026.

By: */s/ Shannon S. Pierce*
SHANNON S. PIERCE
Nevada Bar No. 12471
**FENNEMORE CRAIG, P.C.**
7800 Rancharrah Pkwy.
Reno, Nevada 89511
Telephone:  (775) 788-2260
Facsimile:  (775) 788-2279
Email:  SPierce@fennemorelaw.com

By:  */s/ Mark Mausert*
MARK MAUSERT
SEAN McDOWELL
**LAW OFFICE OF MARK MAUSERT**
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff* Jamerria Boles

*Attorneys for Defendant*
Greenleaf Wellness, Inc.

## ORDER

For good cause appearing, **IT IS ORDERED** that the case be dismissed with prejudice, with each party to bear its or her own costs.

**IT IS SO ORDERED.**

DATED: April 22, 2026

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE